# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

AEL FINANCIAL LLC, an Illinois limited liability company, Plaintiff

vs.

J R RICHARD ENTERPRISES, INC., a Texas corporation and JOSEPH R. RICHARD, an individual, Defendants

Case Number:

FILED: APRIL 3, 2008
08CV1907               AEE
JUDGE SHADUR
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, AEL FINANCIAL LLC

| | |
|---|---|
| NAME (Type or print) | |
| BRIAN IRA TANENBAUM | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ BRIAN IRA TANENBAUM | |
| FIRM | |
| THE LAW OFFICE OF BRIAN IRA TANENBAUM, LTD. | |
| STREET ADDRESS | |
| 2970 MARIA AVENUE, SUITE 207 | |
| CITY/STATE/ZIP | |
| NORTHBROOK, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181447 | 847-562-1636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |