# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AEL FINANCIAL LLC, an Illinois limited liability company, Plaintiff<br><br>vs.<br><br>J R RICHARD ENTERPRISES, INC., a Texas corporation and JOSEPH R. RICHARD, an individual, Defendants | FILED: APRIL 3, 2008<br>08CV1907           AEE<br>JUDGE SHADUR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, AEL FINANCIAL LLC

---

**NAME (Type or print)**
JOHN A. BENSON, JR

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ JOHN A. BENSON, JR

**FIRM**
THE LAW OFFICE OF BRIAN IRA TANENBAUM, LTD.

**STREET ADDRESS**
2970 MARIA AVENUE, SUITE 207

**CITY/STATE/ZIP**
NORTHBROOK, IL  60062

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289042 | 847-562-1636 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐