UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

AEL Financial LLC
            Plaintiff,

v.                   Case No.: 1:08−cv−01907
                   Honorable Milton I. Shadur

J R Richard Enterprises, Inc., et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

   MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. This action is dismissed for want of proper establishment of subject matter jurisdiction in tow respects. Nonetheless, if a timely motion were to be filed under Fed. R. Civ. P. 59(e) demonstrating that the requisite diversity is indeed present, this Court would consider granting such a motion on condition that plaintiff AEL Financial LLC pay into court, as a fine, the same $350 amount that would be required as a filing fee for any newly−filed action.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.