IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AEL FINANCIAL LLC, an Illinois limited liability company<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J R RICHARD ENTERPRISES, INC., a Texas corporation, and JOSEPH R. RICHARD, an individual<br><br>　　　　Defendants. | CASE NO.: 08 C 1907<br><br>JUDGE: SHADUR<br><br>MAGISTRATE JUDGE: MASON |

**NOTICE OF PLAINTIFF'S MOTION TO ALTER JUDGMENT
PURSUANT TO FED. R. CIV. P. 59(e)**

PLEASE TAKE NOTICE that on Wednesday, April 16, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiff, AEL Financial LLC, by its counsel, shall appear before the Honorable Judge Milton I. Shadur, or anyone sitting in his stead, in Courtroom 2303, at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and present the attached Plaintiff's Motion to Alter Judgment Pursuant to Fed. R. Civ. P. 59(e).

Dated:  April 8, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Benson, Jr._____

　　　　　　　　　　　　　　　　　　　　　Brian Ira Tanenbaum (ARDC # 6181447)
　　　　　　　　　　　　　　　　　　　　　John A. Benson, Jr. (ARDC #6289042)
　　　　　　　　　　　　　　　　　　　　　The Law Offices of Brian Ira Tanenbaum, Ltd.
　　　　　　　　　　　　　　　　　　　　　2970 Maria Avenue, Suite 207
　　　　　　　　　　　　　　　　　　　　　Northbrook, Illinois 60062
　　　　　　　　　　　　　　　　　　　　　Tel: (847) 562-1636
　　　　　　　　　　　　　　　　　　　　　Fax: (847) 562-1637